IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. COLEMAN,

      Plaintiff,                    No. 2:13-cv-1021 KJN P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTION AND
REHABILITATION, et al.,

      Defendants.            ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; any application to proceed in forma pauperis must be prepared on the form provided with this order and must bear the case number assigned to this

1

action; plaintiff's failure to comply with this order may result in the dismissal of this action; and

        2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 10, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cole1021.3a

```
 1
 2
 3
 4
 5                    IN THE UNITED STATES DISTRICT COURT
 6                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 7   ROBERT E. COLEMAN,
 8            Plaintiff,                    No. 2:13-cv-1021 KJN P
 9       vs.
10   CALIFORNIA DEPARTMENT
     OF CORRECTION AND
11   REHABILITATION, et al.,                SUBMISSION OF
12            Defendants.                   IFP or FILING FEE
                                      /
13
14            Plaintiff hereby submits the following document in compliance with the court's
15   order filed _____:
16            _____         IFP affidavit
17            _____         The appropriate filing fee
18   DATED:
19
20                                          _____
                                            Plaintiff
21
22
23
24
25
26
```