UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-1021 KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and is proceeding in forma pauperis. On April 10, 2015, plaintiff filed a motion for temporary restraining order. Plaintiff seeks a court order requiring the prison appeals coordinator to produce documentation concerning plaintiff's prior administrative appeals. Plaintiff claims that he needs these documents to file objections, in the event that the court grants the pending motion for summary judgment, "for appeal purposes." (ECF No. 55 at 1.) Specifically, plaintiff seeks production of his appeal SAC-C-12-01326 and CDCR Form 1824 dated September 25, 2011. Plaintiff declares that he has attempted to obtain copies of such documents, to no avail. (ECF No. 55 at 10-11.)

////

////

1

Notwithstanding plaintiff's characterization of his motion, the court construes plaintiff's filing as a motion pursuant to Rule 56(d) of the Federal Rules of Civil Procedure. Defendants' motion for summary judgment is fully briefed and submitted for decision.

Good cause appearing, defendants are directed to respond to plaintiff's motion pursuant to Rule 56(d). Such response shall address, *inter alia*, whether plaintiff should be granted more time to oppose the motion for summary judgment, whether the documents sought by plaintiff exist and if such documents do exist, the status of plaintiff's requests to obtain such documents. Within seven days thereafter, plaintiff may file a reply to defendants' response.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 10, 2015 motion (ECF No. 55) is construed as a motion pursuant to Rule 56(d) of the Federal Rules of Civil Procedure; and

2. Within twenty-one days from the date of this order, defendants shall file a response, as set forth above; plaintiff may file a reply seven days thereafter.

Dated: April 15, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cole1021.fb

2