UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLEMAN,<br><br>             Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>             Defendants. | No.  2:13-cv-1021 KJN P<br><br><br>ORDER |

     Plaintiff is a state prisoner, proceeding without counsel.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and is proceeding in forma pauperis.  On May 29, 2015, plaintiff filed a document styled, "Emergency Order for Counsel, Inter Alia."  (ECF No. 60.)  Because plaintiff was placed in the crisis unit on May 25, 2015, plaintiff states that he has been informed that if he receives legal mail he will not be able to physically obtain it, allegedly for safety reasons.  Plaintiff also contends that because of his crisis bed placement, he cannot access his legal materials or use the law library.  Thus, despite that plaintiff has completed his reply to defendants' opposition to the Rule 56(d) motion, which plaintiff claims is already secured in self-addressed envelopes, addressed to the court and defendants, and housed in plaintiff's personal property, plaintiff is unable to mail them because he cannot access his property.  Plaintiff claims he was required to have his neighbor mail the May 29, 2015 request to the court.

1

The court is unable to address plaintiff's Rule 56(d) motion until plaintiff is able to file his reply to defendants' opposition. Accordingly, defendants are directed to respond to plaintiff's May 29, 2015 motion, specifically addressing plaintiff's access to incoming and outgoing mail, his legal materials, and the law library during his housing in the crisis unit. Defendants shall ensure plaintiff receives their response, even if it requires having the litigation coordinator hand-deliver it to plaintiff. Within seven days thereafter, plaintiff may file a reply to defendants' response.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, defendants shall respond to plaintiff's May 29, 2015 motion (ECF No. 60) as set forth above. Plaintiff's reply, if any, shall be filed seven days thereafter.

Dated: June 8, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cole1021.fb2