1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  MICHELLE M. MAYER, State Bar No. 233830
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-8789
6   Fax: (916) 324-5205
    E-mail: Michelle.Mayer@doj.ca.gov
7  *Attorneys for Defendants deRoco and Virga*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT COLEMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:13-cv-1021-JAM-KJN<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS' DISCOVERY RESPONSES AND DISCOVERY DEADLINE**<br><br>Judge:   Honorable Kendall J. Newman<br>Action Filed: May 22, 2013 |

Under Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rules 143 and 144, the parties have met and conferred and stipulate to a thirty-one day extension, up to and including April 29, 2016, for Defendants to respond to Plaintiff's discovery requests, including Plaintiff's interrogatories, request for admissions, and request for production of documents. The current deadline is March 29, 2016. The parties further stipulate to extend the current discovery deadline from April 22, 2016, to May 15, 2016 (ECF No. 82 ¶ 6.)

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). Good cause exists to grant this extension

because, despite defense counsel's diligence, she will not be able to respond to Plaintiff's discovery requests by the current due date of March 29, 2016.  Defense counsel has been working diligently with the Litigation Coordinator at California State Prison-Sacramento (SAC), however, SAC is not able to copy and produce potentially responsive documents by that date.  Further, upon receipt of those documents, Defendants' counsel will need additional time to review them, potentially prepare a privilege log, a supporting declaration, and then prepare them for production.  Defendants need an additional thirty days to respond to Plaintiff's discovery requests, which is one-week after the discovery deadline, and the parties have agreed to this extension.

    After the Plaintiff receives and reviews Defendants' discovery responses, he may need time to prepare a motion to compel further discovery, therefore, the parties stipulate to an extension of the current discovery deadline, from April 22, 2016, until May 15, 2016.  This short extension will not affect the dispositive motion deadline, which is the only remaining scheduled deadline. (ECF No. 82.)

    Accordingly, the parties stipulate that Defendants' deadline for responding to Plaintiff's January 13, 2016, interrogatories, requests for admissions, and a request for documents will be April 29, 2016, and the discovery deadline will be extended to May 15, 2016.

**IT IS SO STIPULATED**:

Dated:  March 28, 2016
    */s/ Robert Coleman*
    Robert Coleman (H-00031)
    Plaintiff Pro Se

Dated:  March 28, 2016
    -*/s/ Michelle M. Mayer*
    Michelle M. Mayer
    Deputy Attorney General
    Attorney for Defendants deRoco and Virga

**IT IS SO ORDERED.**

Dated:  March 31, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cole1021.stip.dsc